FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Dylan Fewkes, | No. 2:21-CV-00232-SAB |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE** |
| UNITED STATES FOREST SERVICE, | |
| Defendant. | |

Before the Court are the parties' Stipulation of Dismissal, ECF No. 7, and Stipulated Motion to Dismiss, ECF No. 8. The parties request that the Court dismiss the above-captioned case with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby grants the motions and dismisses the action.

//
//
//
//
//
//
//

**ORDER DISMISSING CASE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1.    The above-captioned action is **DISMISSED with prejudice**. Each party is responsible for their own costs and fees.

2.    The District Court Executive is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and close the file.

**DATED** this 31st day of January 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING CASE** *2